129 A.3d 1238

## TAX CLAIM BUREAU OF LEHIGH COUNTY 2013 UPSET TAX SALE.

Objectors Noe Gutierrez and Susana Gutierrez.

Petition of Susana Gutierrez, Individually and as Administratrix of the Estate of Noe Gutierrez.

Supreme Court of Pennsylvania.

Dec. 31, 2015.

## *ORDER*

PER CURIAM,

**AND NOW,** this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED** and the Application for Leave to File Post–Submission Communication is **DENIED.**

Justice EAKIN did not participate in the decision of this matter.